IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARLTON XAVIER MATHEWS,

    Plaintiff,

v.                                                      4:22cv283–WS/MAF

OFFICER J. RUDD, and
NURSE HELMLINGER,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 40) docketed May 24, 2023. The magistrate judge recommends that Plaintiff's claims against Defendants Helmlinger and Rudd be dismissed.[1] Plaintiff has filed objections (ECF No. 41) to the report and recommendation.

    Having reviewed the record in light of Plaintiff's objections, the undersigned finds—as did the magistrate judge—that Plaintiff's claims against the two

---

[1] Plaintiff asserts a deliberate-indifference claim against both Helmlinger and Rudd for having placed him in a strip cell. Plaintiff also asserts an excessive-force claim against Rudd.

defendants are due to be dismissed. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 40) is hereby ADOPTED and incorporated by reference into this order.

2. Defendant Helmlinger's motion (ECF No. 19) to dismiss for failure to state a claim is GRANTED.

3. Plaintiff's deliberate-indifference claim against Defendant Helmlinger is DISMISSED for failure to state a claim upon which relief may be granted.

4. Defendant Rudd's motion (ECF No. 30) to dismiss is GRANTED.

5. Plaintiff's deliberate-indifference claim against Defendant Rudd is DISMISSED for failure to state a claim upon which relief may be granted. Plaintiff's excessive-force claim against Defendant Rudd is DISMISSED without prejudice for failure to exhaust administrative remedies.

6. The clerk shall enter judgment stating: "All claims are DISMISSED."

7. The clerk shall close the case.

DONE AND ORDERED this   20th   day of    June   , 2023.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE